**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 23-4440-JFW(JPRx)** | Date:  November 16, 2023 |
| Title:   Emergency Roadside Service, Inc. -v- KLLM Expedited Services LLC | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None     None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On June 2, 2023, Plaintiff Emergency Roadside Service, Inc., dba Panorama Truck Repair and Towing Service ("Plaintiff") filed a Complaint against Defendant KLLM Expedited Services LLC ("Defendant") in this Court, alleging that this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a).

Diversity jurisdiction founded under 28 U.S.C. § 1332(a) requires that (1) all plaintiffs be of different citizenship than all defendants, and (2) the amount in controversy exceed $75,000.  *See* 28 U.S.C. § 1332(a).  For the purposes of diversity jurisdiction founded under 28 U.S.C. § 1332(a), a limited liability company is a citizen of every state of which its members are citizens.  *See*, *e.g.*, *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens.").  Although Defendant is a limited liability company, Plaintiff fails to allege the citizenship of any of Defendant's members.

Accordingly, Plaintiff is hereby ordered to show cause, in writing, no later than **November 21, 2023** why this action should not be dismissed for lack of subject matter jurisdiction.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

    IT IS SO ORDERED.