**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 23-4440-JFW(JPRx)** | Date: May 3, 2024 |

Title:   Emergency Roadside Service, Inc.-*v*- KLLM Expedited Services LLC

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED

In the Court's October 2, 2023 Scheduling and Case Management Order ("CMO"), the Court set May 2, 2022 as the last day to file the required pre-trial documents. The parties have violated the Court's order by failing to file any of the pre-trial documents.

Accordingly, the parties are ordered to show cause in writing by **May 6, 2024** why the Court should not impose sanctions in the amount of $2,500.00 against each lead counsel and why this action should not be dismissed for their violation of the Court's order. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and the dismissal of this action.

IT IS SO ORDERED.